# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN DOE, ET AL.,<br>      Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 3:13-cv-30019-MAP |
| | ) |
| AMY BRIGGS, ET AL.,<br>      Defendant | )<br>) |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing the plaintiff's complaint.

**ROBERT M. FARRELL**,
Acting CLERK OF COURT

Dated: May 13, 2013

/s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
[jgm.]